RICHARD M. GARFINKLE, Appellant, v. SHERIFF, WASHOE COUNTY, NEVADA, Respondent.

No. 7612

December 20, 1974          529 P.2d 794

*Stanley H. Brown* and *Harold G. Albright,* of Reno, for Appellant.

*Robert List,* Attorney General, Carson City; *Robert E. Rose,* District Attorney, and *Michael E. Malloy,* Deputy District Attorney, Washoe County, for Respondent.

## OPINION

*Per Curiam:*

In this appeal from an order denying a pretrial petition for habeas corpus, we believe evidence presented to the grand jury justified its indictment of appellant. At this juncture we

need not and do not decide whether such evidence would support a conviction. Cf. McDonald v. Sheriff, 89 Nev. 326, 512 P.2d 774 (1973); Maskaly v. State, 85 Nev. 111, 450 P.2d 790 (1969).

Other contentions raised by appellant have previously been considered and rejected. See Cairns v. Sheriff, 89 Nev. 113, 508 P.2d 1015 (1973); Mears v. State, 83 Nev. 3, 422 P.2d 230 (1967); and, cf. Schmitt v. State, 88 Nev. 320, 497 P.2d 891 (1972).

The order denying habeas relief is affirmed.